# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**IMAD CHERIF,**
Appellant,

v.

**GHIZLANE HOUARY,**
Appellee.

No. 4D18-2798

[March 21, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dale C. Cohen, Judge; L.T. Case No. FMCE15-013186(37).

Imad Cherif, Plantation, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***